Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

MIDDLE District of FLORIDA

JACKSONVILLE Division

CRISTOBAL JUNIOR SANTANA

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

COLOMBIA C.I.'s STAFF (SEE ATTACHED)

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:26-CV-606-WWB-PDB

*(to be filled in by the Clerk's Office)*

LEGAL MAIL PROVIDED TO COLUMBIA CORRECTIONAL INSTITUTION ON 3-16-26 (DATE) FOR MAILING

R9 STAFF INITIAL    CS    I/M INITIAL

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                              CRISTOBAL JUNIOR SANTANA

All other names by which
you have been known:              _____

ID Number                         A-G90443

Current Institution               COLOMBIA CORRECTIONAL INTITUTION

Address                           216 SE CORRECTIONAL WAY

                                  LAKE CITY          FL          32025
                                  *City*            *State*      *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                              BROWN

Job or Title *(if known)*         CAPTAIN

Shield Number                     _____

Employer                          FLORIDA'S D.O.C., COLOMBIA C-I.

Address                           216 SE CORRECTIONAL WAY

                                  LAKE CITY          FL          32025
                                  *City*            *State*      *Zip Code*

                                  ☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                              CAPUTO

Job or Title *(if known)*         CAPTAIN

Shield Number                     _____

Employer                          F.D.C., COLOMBIA CORR. INST.

Address                           216 SE CORRECTIONAL WAY

                                  LAKE CITY          FL          32025
                                  *City*            *State*      *Zip Code*

                                  ☒ Individual capacity    ☒ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | J. L. KEATON |
| Job or Title (if known) | SERGEANT |
| Shield Number | KJL32 |
| Employer | FDC, COLOMBIA CORRECTIONAL INST. |
| Address | 216 SE CORRECTIONAL WAY |
| | LAKE CITY          FL          32025 |
| | City          State          Zip Code |

[X] Individual capacity    [X] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | F. SANCHEZ |
| Job or Title (if known) | SERGEANT |
| Shield Number | |
| Employer | FDC, COLOMBIA CORRECTIONAL INSTITUTION |
| Address | 216 SE CORRECTIONAL WAY |
| | LAKE CITY          FL          32025 |
| | City          State          Zip Code |

[X] Individual capacity    [X] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

CRUEL & UNUSUAL PUNISHMENT, VIOLATION OF FREEDOM TO ACCESS COURTS
VIOLATION OF RELIGIOUS FREEDOM, NEGLIGENCE; CONSPIRACY TO VIOLATE RIGHTS & TO COMMIT BATTERY
RIGHT TO HEALTHCARE, EXCESSIVE FORCE, DUE PROCESS RIGHTS, DISCRIMINATION

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(SEE ATTACHED) ALL DEFENDANTS MENTIONED ARE EMPLOYED BY THE STATE OF FLORIDA'S DEPARTMENT OF CORRECTIONS

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

(SEE ATTACHMENT "IV. STATEMENT OF CLAIM, PLAINTIFF'S ALLEGATION")

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

(SEE ATTACHED; "PLAINTIFF'S ALLEGATIONS")

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

(11-20-25 — PRESENT DAY) AT ALL TIMES) LISTED IN THE FOREGOING ATTACHMENT(S).
(SEE ATTACHED)

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(SEE ATTACHMENT; "PLAINTIFF'S ALLEGATION's", "Exhibits A-Z")

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(SEE ATTACHED; "MEDICAL RECORDS", "DIAGRAM OF INJURY")

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(SEE ATTACHED; "PRAYER FOR RELIEF")

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

COLUMBIA CORRECTIONAL INSTITUTION

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
DEPRIVATION OF RELIGIOUS PRACTICES, NEGLIGENCE, CRUEL & UNUSUAL PUNISHMENT
DISCRIMINATION OF RELIGIOUS BELIEF
DEPRIVATION OF RIGHTS TO HEALTH CARE, DUE PROCESS AND USE OF EXCESSIVE FORCE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E.    If you did file a grievance:

1.    Where did you file the grievance?

COLOMBIA CORRECTIONAL INSTITUTION

2.    What did you claim in your grievance?
• STAFF MISCONDUCT • STAFF REPRISAL • NEGLIGENT BEHAVIOR
• SEXUAL HARRASSMENT • VIOLATION OF RIGHTS • PREA
• BATTERY ON INMATE BY STAFF / INMATE • CLAIM FOR PROTECTION
(SEE ATTACHED GRIEVANCES)

3.    What was the result, if any?
• RESULTED IN FURTHER STAFF REPRISAL AND MISCONDUCT
• NO POSITIVE RELIEF WAS GIVEN. JUST MORE RETALIATION
TO BEING WRITTEN UP (SEE ATTACHED) [MOSTLY RETURNED W/O ACTION IS THE MAIN PHRASE USED OR "NON-COMPLIANCE"]

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I've APPEALED ALL AVAILABLE APPEALABLE GRIEVANCES, TO NO
AVAIL OR RELIEF I WAS TOLD I WAS DENIED OR REJECTED
DO TO LACK OF PROOF, UNTIMELY, OR NON-COMPLIANCE (SEE ATTACHED)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

_____ NOT APPLICABLE _____

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____ NOT APPLICABLE _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. SEE GRIEVANCE LOG #S ; 25-6-39436 , 25-6-39435 , 25-6-39390 25# 2512-201-050 , 26-6-05573 , 26-6-07233 , 201-2512-0203 , 26-6-06983 , 25-6-39438 26-6-07327 / This is a List of Formal Grievances submitted, COLOMBIA CI's LEGAL MAIL CLERK IS NOT ALLOWING ME TO ATTACH THEM AS EXHIBITS BUT I HAVE ATTACHED THE INFORMAL GRIEVANCES HEREIN. I HAVE ELABORATE TO LAW CLERK THAT IT IS A VIOLATION TO NOT ALLOW ME TO (SEE ATTACHED) ATTACH THEM BECAUSE THE NOTE ↓ BELOW STATES THAT I CAN ATTACH THEM

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____ N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.  Docket or index number

_____ N/A _____

4.  Name of Judge assigned to your case

_____ N/A _____

5.  Approximate date of filing lawsuit

_____ N/A _____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)        N/A
    Defendant(s)        N/A

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3.  Docket or index number
    N/A

4.  Name of Judge assigned to your case
    N/A

5.  Approximate date of filing lawsuit
    N/A

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition    N/A

7.  What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

    N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    02-20-26

Signature of Plaintiff    _Cristobal J. Santana_
Printed Name of Plaintiff    CRISTOBAL J. SANTANA
Prison Identification #    A-G90443
Prison Address    216 SE CORRECTIONAL WAY
                  LAKE CITY            FL        32025
                      City            State        Zip Code

### B.    For Attorneys

Date of signing:    N/A

Signature of Attorney    N/A
Printed Name of Attorney    N/A
Bar Number    N/A
Name of Law Firm    N/A
Address    N/A
           N/A          N/A        N/A
              City          State        Zip Code
Telephone Number    N/A
E-mail Address    N/A

Page 11 of 11

## B. -DEFENDANTS-

1.    DEFENDANT, A. JOHNS, IS THE SECRETARY'S REPRESENTATIVE OF THE STATE OF FLORIDA'S DEPARTMENT OF CORRECTIONS. HE/SHE IS LEGALLY RESPONSIBLE TO PROVIDE ADEQUATE DUE PROCESS FOR INMATE GRIEVANCE APPEALS FOR THE OVERALL OPERATION OF THE DEPARTMENT AND EACH INSTITUTION UNDER ITS JURISDICTION, INCLUDING COLUMBIA CORRECTIONAL INSTITUTION.

2.    DEFENDANT, WARDEN SWAIN, IS THE WARDEN OF COLOMBIA CORRECTIONAL INSTITUTION. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF COLOMBIA CORRECTIONAL INSTITUTION AND FOR THE WELFARE OF ALL THE INMATES IN THAT PRISON.

3.    DEFENDANT, CAPTAIN CAPUTO, IS THE/A CORRECTION OFFICER OF THE STATE OF FLORIDA DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF CAPTAIN AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION

4.    DEFENDANT, CAPTAIN BROWN, IS A CORRECTIONAL OFFICER OF THE STATE OF FLORIDA DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF CAPTAIN AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION

5.    DEFENDANT, CAPTAIN LAVAE, IS A CORRECTIONAL OFFICER OF THE STATE OF FLORIDA DEPARTMEN OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF CAPTAIN AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION

6.    DEFENDANT, HANNAH BIDDLE, IS A CORRECTIONAL OFFICER OF THE STATE OF FLORIDA DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF LIUTENENT AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION (BHA15)

## -DEFENDANTS-

7.    DEFENDANT, A. INFANTE, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SERGEANT AND WAS ASSIGNED TO COLUMBIA CORRECTIONAL INSTITUTION.

8.    DEFENDANT, F. SANCHEZ, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SERGEANT AND WAS ASSIGNED TO COLUMBIA CORRECTIONAL INSTITUTION.

9.    DEFENDANT, J. L. KEATON, IS A CORRECTIONS OFFICER WHO OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SERGEANT AND WAS ASSIGNED TO COLUMBIA CORRECTIONAL INSTITUTION.

10.    DEFENDANT, SGT. BARRON, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SERGEANT AND WAS ASSIGNED TO COLUMBIA CORRECTIONAL INSTITUTION.

11.    DEFENDANT, CAPTAIN JENKINS, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF CAPTAIN AND WAS ASSIGNED TO COLUMBIA CORRECTIONAL INSTITUTION.

12.    DEFENDANT, CAPTAIN SWANSON, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF CAPTAIN AND WAS ASSIGNED TO COLUMBIA CORRECTIONAL INSTITUTION.

I. PARTIES TO THIS COMPLAINT

-DEFENDANTS-

13.    DEFENDANT, N. HARRELL, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SERGEANT AND GRIEVANCE COORDINATOR AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION.

14.    DEFENDANT, R.R. SHEALY, IS A PUBLIC NOTARY AND LEGAL MAIL CLERK OF THE FLORIDA DEPARTMENT OF CORRECTIONS WHO AT ALL TIMES HELD THE POSITION OF NOTARY AND CLERK AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTON.

15.    DEFENDANT, J. JOESIL, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF OFFICER AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION,

16.    DEFENDANT, SGT. MCINTYRE, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SERGEANT AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION

17.    DEFENDANT, OFC. JETT, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF OFFICER AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION

18.    DEFENDANT, VIN. DEVITA, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES IN THIS COMPLAINT, HELD THE RANK OF OFFICER AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION.

I. PARTIES TO THIS COMPLAINT

-DEFENDANTS-

19. DEFENDANT, OFC. SOUTHERS, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SERGEANT THEN DEMOTED TO OFFICER AND ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION.

20. DEFENDANT, OFC. SMITH, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SERGEANT AND D.R. COORDINATOR AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION.

21. DEFENDANT, ROBERT D. PARRISH - PR025 IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF CLASSIFICATION OFFICER AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION.

22. DEFENDANT. OFFICER HILLHOUSE, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF OFFICER AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION.

23. DEFENDANT, OFFICER CARTER, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF PROPERTY OFFICER AND WAS ASSIGNED TO PROPERTY ROOM OF COLOMBIA CORRECTIONAL INSTITUTION.

24. DEFENDANT, OFFICER KEITH, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF INSIDE GROUNDS OFFICER AND WAS ASSIGNED TO INSIDE GROUNDS AND MAINTENANCE OF COLOMBIA CORRECTIONAL INSTITUTION

- DEFENDANTS-

25.    DEFENDANT, DERRICK DICKEY, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPT. OF CORR., WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF OFFICER ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION.

26.    DEFENDANT, M. WHITE, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPT. OF CORR. WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF OFFICER ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION.

27.    DEFENDANT, CLO. SCHWARTZ, IS A CORRECTIONS OFFICER OF FLORIDA'S DEPT. OF CORR. WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF CLASSIFICATIONS OFFICER ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION.

28.    DEFENDANT, ASHLEY GRANT, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPT. OF CORR. WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SERGEANT AND IS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION

29.    DEFENDANT, OFC. HANNON, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPT. OF CORR. WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF OFFICER AND ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION.

30.    DEFENDANT, SGT. CHRISTY, IS A CORRECTIONS OFFICER OF THE FLORIDA DEPT. OF CORR. WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SERGEANT AND WAS ASSIGNED TO COLOMBIA CORRECTIONAL INSTITUTION.

## - PLAINTIFF'S ALLEGATIONS -

This is a summarized version of PLAINTIFF's factual Allegations in his complaint. Although this summary is long, it is necessary to evaluate which of Plaintiff's claims are subject to dismissal.

Plaintiff alleges that on 11-25-25 He was threatened by SGT. A. INFANTE for submitting a claim of protection from staff and inmates for various suspicious letters plaintiff has recieved from inmates and warnings by staff of a possible bounty placed upon Plaintiff's "head" (SEE ATTACHED, EXHIBIT A) In which Plaintiff immediately used the institutional grievance procedures offered by (201) COLOMBIA C.I. (MAIN) which was processed on Dec 2nd 2025 (LOG# 25-1542) Whom, 'A. Johns' "...returned w/o action." due to "NON-compliance" (see Attached)

ON 12-01-2025 PLAINTIFF uses grievance process again to file several more complaints on staff for misconduct for verbal threat, assaulting Plaintiff's Character and religious beliefs which deliberately put Plaintiff's life at risk, which is against FDC'S policy of 'Care, Custody, & Control'. Plaintiff then files a Formal Grievance at STATE level due to unsatisfactory responses and Institutional day delays; being untimely of the (15) day response marker given to Institutional Officials.

IN the Formal Grievance, Plaintiff expresses concerns of "Staff reprisal" and "adverse treatment" and seeks redress by "Administrative remedy" noting Plaintiff's requests to be placed under long-term Protection Plaintiff alleges that on 12/01/25 Defendant Captain Brown made threats to "Spray" him with "Black Jesus" while Plaintiff was prostrating bedside completing his Muslim Prayer. Captain Brown also is alleged to have sexualized his threat made to Plaintiff withe obscene and perverted wording (see attached)(EXHIBIT B)

Plaintiff alleges OFC. JETT warned Plaintiff of what was soon to come, albeit unlawful the treatment, Plaintiff's warning had gone in vain. Grievances, to no Avail.

## - PLAINTIFF'S ALLEGATIONS -

Plaintiff recieves a response to Grievance Log # 25-6-39436 on DEFENDANT CAPTAIN BROWN's "Sexual Threats" and "Obscene Remarks" from yet again 'A. Johns' stating "appeal is returned w/o action.." due to "Non-compliance" for not attaching or using institutional channels first But according to information and belief, Plaintiff alleges his use of the proper procedures but has reason to believe that the Grievance Coordinator may be tampering w/ Plaintiff's grievances by way of holding them to intentionally cause them to become untimely (see ATTACHED) Grievance Coordinator, SGT N. HARRELL stated "filing informels (20) days or beyond date of incident" caused the PROPER CHANNELS to be "Non-compliant" But Plaintiff Alleges that he was timely in his filings Plaintiff claims this to be an act of violation of 5th ammendment "Due Process Rights" He also claims that he is in fear for his life but to no avail, the staff members disregard his claims. Plaintiff alleges that on 12/01/2025 an OFFICER SOUTHERS enters into the dormitory in which Plaintiff is, at the time, housed in yelling out loud towards Plaintiff leading others to believe that Plaintiff is a "snitch." that "...told on the guys..". (SEE ATTACHMENT EXHIBIT C) in which Plaintiff grieved properly recieving a response stating that Plaintiff's allegations of "Staff reprisal" was not "accepted as a grievance of reprisal" due to "Non-compliance" and was, yet again, "returned w/o action" by again, 'A. Johns' on 12/10/25 (See ATTACHED) ON 12/22/2025 Plaintiff Alleges that Defendant SGT. Keaton caused Plaintiff to write a grievance of Staff Misconduct for verbal threats on plaintiff by Defendant Keaton, SGT. (KJL32) after Defendant stated he would "...gas the shit out of..". Plaintiff. At which time Plaintiff filed proper Informal, institutional grievances on Defendant Keaton in which Defendant Keaton was interviewed by Defendant N. Harrell Keaton "Denied all allegations." (SEE Attached Exhibit D) Giving merit to Allegation on Defendant N. Harrell's conspiracy to retaliate. Using a "copy & Paste" method to satisfy grievance procedures.

IV. STATEMENT OF CLAIM

## - PLAINTIFF'S ALLEGATIONS -

ON 12/12/25 PLAINTIFF alleges he recieved a "Kite from the Kings" claiming a $5,000.⁰⁰ Bounty on Plaintiff's "head for snitching" and files a grievance on 12/12/25 and recleves a response from N. Harrell, Defendant, stating "...returned w/o action due to Non-compliance..." albeit Plaintiff expresses concern with a copy of "Kites" from "Kings" attached to the grievance, to no avail.

Plaintiff alleges his grievance was directed to state but somehow only made it to the institutional channels. (see Attached)

Plaintiff alleges that on 12/31/25 DEFENDANT CAPTAIN CAPUTO, SGT F. SANCHEZ and OFC. Vin. DeVita entered into a conspiracy with SGT. N. HARRELL, Grievance Coordinator and the grand mother of Plaintiff's child to have Plaintiff beaten in LT'S OFFICE OF H-Dormitory (see ATTACHED) 'Exhibit F' shows factual evidence of Plaintiff's claim supported by video and audio recordings and phone call recordings placed on 12/31/25 between the grand mother and Defendant Caputo, CPT. IN which Plaintiff files grievances that are not responded to and disappear as if Defendant N. Harrell has discarded them or given to another staff member.

AT This Time Plaintiff no longer trusts in the grievance process at Columbia C.I. But is required by law to submit institutionally first unless due to reasons which cause Plaintiff to be exempt from that channel of relief. Due to Plaintiff's allegations on Defendant N. Harrell it would permit for Plaintiff to file a "Direct Grievance/Appeal" to the Secretary of FL. DOC. IN which Plaintiff then files at STATE Level to report his allegations on N. Harrell, but to no avail. STATE Classification and 'State level officials', mainly "A. Johns" responds with "Non-compliance" due to not using institutional channels stating that the "institution must be given an opportunity to remedy first" but when Plaintiff states reasons why he isn't filing at institutional levels with valid merit on why, Plaintiff is still rejected.

## -PLAINTIFF'S ALLEGATIONS-

Plaintiff states his responses from N. Harrell seem a bit like a "Copy & Paste" method, vague in details and could be used across the board, satisfying grievance procedures without actually doing anything. Plaintiff claims that Defendant N. Harrell uses the same response when in reference to claims of staff misconduct then conspires with the alleged Defendant to act in retaliation due to Plaintiff's claims against them.

Plaintiff claims that it is not a coincident that the same day after recieving the vague response from Defendant N. Harrell that Plaintiff is Battered and Beaten by Defendant Captain Caputo and Defendant F. Sanchez.

PLAINTIFF that after said incident in which Plaintiff was brutalized by Defendants Captain Caputo and F. Sanchez, PLAINTIFF then alleges staff is retaliating due to Defendant N. Harrell's direct involvement with disclosure of Plaintiff's claims listed on Grievances.

Plaintiff States his concerns to Defendants Warden Swain and the Assistant Warden Bennett expressing his sincerest concerns about his safety. Plaintiff state's to Bothe SWAIN & BENNETT that Plaintiff's safety is compromised with inmates and officers alike telling Plaintiff that LT. Biddle is working with inmates to see me seriously hurt. and that Plaintiff has an active bounty placed on "his head".

Plaintiff alleges that Defendants are disclosing info about Plaintiff's claims for protection from gang numbers and Plaintiff's grievances on staff deliberately causing unnecessary animosities between Plaintiff and staff/inmates. (SEE ATTACHED)

Exhibit C shows Plaintiff's discription of Claims of Discriminatory Omissions and Verbal Assaults depriving Plaintiff the right to file grievances and Conspiratorial, Retaliation. (SEE ATTACHED)

## – PLAINTIFF'S ALLEGIATIONS –

On 02/06/26 at cell H3110 at about 9 am Plaintiff claims that he has been Battered by a SGT. McIntyre whom, at the time of the battery on inmate by staff member McIntyre, was dispersing clean uniform exchange for inmates in the S.H.U. (Segregated Housing Unit). When approaching Plaintiff's cell, Plaintiff states that he displayed to Defendant the "Door Copy" of the 'property restriction' Plaintiff claims to have been placed on unlawfully. In which stated that Plaintiff was no longer on and needed a Uniform in order to be in compliance to appear in an upcoming D.R. hearing. Plaintiff states that Defendant intentionally waited for Plaintiff to stick his hand out the door's food flap to then slam it closed on Plaintiff's hand merely Catching Plaintiff's Left thumb in which Plaintiff declared a Medical emergency, (See Attached 3 'Medical Records' and 'Body diagram of Injury') But, an LPN. by the name of T. Godwin is doing the triage and when doing a report of the Medical Examination she intentionally falsified Medical Documents in order to discredit my claims of Battery/assault on Detainee by staff. In which the report lists there isn't "...Any injury sustained..." although immediately after, in the report it states "...a discoloration to left thumb..." but claims she is unable to discern if the abrasion is old or new. LPN. Godwin is known to do things of this nature to help cover for Security's "messups" and Centurion's "Mistakes" At which time Plaintiff does no complaint on. Plaintiff's injury did infact happen by way of deliberate "excessive force" and is a violation of Plaintiff's Constitutional Right tobe "free from any cruel and unusual punishment." But Security isn't so forthcoming to change.

-PLAINTIFF'S ALLEGATIONS-

Plaintiff files on 02/06/2026 an inmate grievance on Laundry SGT. McIntyre and has multiple counts of cooperating witnesses that filed Witness statements to said incident. All witness statements and paperwork was collected by OFFICER Postiglione whom reported it to, at the time, LT. Hannah A. Biddle.

Plaintiff is Attacked and sexually assaulted by an inmate at Colombia C1 and is alleged to have been conspiring with DEFENDANT H. BIDDLE, LT. To have me (Plaintiff) seriously hurt. Upon Information and belief H. Biddle spoke with said inmate that injured Plaintiff prior to placing the inmate in the cell with Plaintiff. H. Biddle Told inmate to "Take care of Santana, and I got you" In which It relayed this message to Captain Lavae, Sgt. Barron, Captain Senkons, and Captain Swanson, to no avail. it only made staff members mad at Plaintiff for "snitching on us" (State officials/Employees) This attack occurred On the 10th of February.

Also, on the 02/10/26 Plaintiff is seen by medical directly after the planned attack on Plaintiff by an inmate carrying out the hit, Plaintiff was sent to an emergency room at Lake City Hospital, once triaged was referred to Orange Park hospital in order to see a hands specialist. Plaintiff needed Stitches and close monitoring for (3) days at the hospital due to several injuries that left plaintiff in pain and suffering after plaintiff's clear and consise foretelling of this event.

Plaintiff claims negligence on Colombia C1 for disregarding His claims for protection, due to being attacked after Plaintiff clearly warns of this attack.

## — PLAINTIFF'S ALLEGATIONS —

PLAINTIFF alleges DEFENDANT SGT BARRON ON 02/06/26 immediately following the incident, in which PLAINTIFF'S left thumb had been smashed in the foodflap of his cell door by DEFENDANT LAUNDRY SGT. MCINTYRE, PLAINTIFF Declares a medical emergency PLAINTIFF Claims DEFENDANT SGT. BARRON violated the PLAINTIFF'S right to healthcare and was negligent in his duties by clocking out and not acknowledging DEFENDANT'S MEDICAL Needs, leaving PLAINTIFF wounded in pain and suffering until about 7 hours later once PLAINTIFF WAS Triaged. ALL cooberatable by camera/Audio recordings (see ATTACHED)

PLAINTIFF Claims DEFENDANT CAPTAIN JENKINS was not following protocol when PLAINTIFF made claims for protection. ON 11/18/26 PLAINTIFF stated that he was "In fear for his life". DEFENDANT was negligent and stated that it was "too much Paperwork" and told the PLAINTIFF that he was "not gonna check-in on my shift" At which time PLAINTIFF was written a false DR for "Disobeying Orders" instead of getting protection.

PLAINTIFF claims that Captain SWANSON was negligent in his duties. Plaintiff alleges once In S.H.U. he stopped DEFENDANT SWANSON on 01/01/2026, New Year's Morning at about 130 am to disclose his protective needs in order to safeguard Plaintiff's life but DEFENDANT responded "You wanna be my first victim this year & get sprayed?" Then proceeded to walk off on PLAINTIFF leaving Plaintiff in shock and at loss for words. Plaintiff states his concerns and is hopeless as to what to do next, in a state of confusion and isn't sure if he'll live to see freedom once again.

## - PLAINTIFF'S ALLEGATIONS -

PLAINTIFF alleges to have been sexually assaulted and battered by an inmate on Feb 10th, 2026 at 19:00 hours by a, DANTE DAVIS DC# N22145, whom was placed in a cell with PLAINTIFF By DEFENDANTS HANNAH BIDDLE & SGT F. SANCHEZ. It is believed inmate DAVIS was hired by the (2) above listed DEFENDANTS to "take care of" PLAINTIFF

PLAINTIFF has, over a period of 4-5 months, claimed protection from the gang in which inmate DAVIS is known to be apart of with an active STG file.

PLAINTIFF claims to have conveyed his concerns to all staff listed in this complaint, to no avail.

PLAINTIFF has infact exhausted himself at the highest level of administrative remedy possible.

PLAINTIFF claims injuries to his Left Thumb, right pinky and several undocumented concussions, abrasions and contusions.

PLAINTIFF claims LPN. T. GODWIN INTENTIONALLY FALSIFIED REPORTS on PLAINTIFFS medical charts to deliberately discredit PLAINTIFFS claims of Sexual Assault and Battery.

PLAINTIFF CLAIMS LPN. T. GODWIN did not documented this incident as a PREA allegation on the date of the incident

PLAINTIFF CLAIMS LPN. T. GODWIN DID NOT properly notate all of PLAINTIFFS injuries.

PLAINTIFF CLAIMS DEFENDANT SGT. KEATON DID NOT Report the claim of sexual assault or battery but listed the incident as merely a fight.

PLAINTIFF CLAIMS that the crime scene of cell H3110 was tampered with and the evidence was cleaned up.

PLAINTIFF CLAIMS This to be a conspiracy to cover up DEFENDANTS tracks and to discredit PLAINTIFF'S claims

PLAINTIFF CLAIMS COLUMBIA CI IS NOT SENDING MEDICAL RECORDS PERTAINING TO THIS INCIDENT

## -PLAINTIFF'S ALLEGATIONS-

PLAINTIFF Alleges that during his hospital stay at Orange Park (HCA) of Orange Park, FL. Between the dates 02/10/26 - 02/13/26 his hospital room was being secured by an OFFICER by the name D. Dickey.

PLAINTIFF alleges during OFC D. DICKEY'S shift Plaintiff requested to pray bedside as all OFFICERS before D. Dickey allowed Plaintiff to be unrestrained to pray a Muslim pray, in which is allowed by Federal, state and local laws for US citizens to practice religion freely without any state officials infringing upon that practice.

Plaintiff claims a violation of his constitutional right which is covered by even "CH-33", FDC'S policy "to allow inmates to pray bedside". Defendant D. Dickey did not allow Plaintiff to pray stating "This is MURIKA" and that Plaintiff should "FIND JESUS" before "burning to death with Osama Bin Laden and the rest of the world's child molesters"

Plaintiff states he has grieved this issue without a response, not upholding the constitutional ammendments of "Freedom of Religion"

Plaintiff has requested immediately upon available possibility to Orange Park staff and security in which Orange Park's Security gourd can cooberate that Plaintiff did infact report the heinous abuse of Defendant D. Dickey and was present during other instances whereso Plaintiff prayed bedside while other OFFICERS were present such as as OFC. Jasmine Henderson and OFC. SALGADO. Plaintiff states the OFFICERS that allowed Plaintiff to pray bedside didso following all CH-33 rules & Policies. Plaintiff states Defendant Dickey committed a hate crime towards Plaintiff.

## -PLAINTIFF'S ALLEGATIONS-

Plaintiff has time and time again expressed concerns of safety and the welfare of his own life and has properly Notified all figures of authority and hasn't gotten any results or changes in the overall treatment Plaintiff recieves.

Plaintiff state's CLO Taylor is delaying his process in filing a Federal complaint by bogus responses on why Plaintiff is not in compliance to recieve a 6 month acct. Bank statement and Plaintiff claims due process violations

Plaintiff alleges "Records" Dept of Colombia C.I. is not providing sufficient medical records to add to this complaint.

Plaintiff claims he has requested from Institutional Classification team of Colombia C.I. for security records in order to properly submit this complaint and has yet to recieve a response after waiting (30) days Plaintiff is moving forward and submitting this complaint in Good Faith and with respects to the US District Courts. With or without supplementary evidence in full hopes that the courts will grant Plaintiff's claims of violation of the Constitutional Rights of All American citizens

Plaintiff claims negligence on "A. Johns" for disregarding Formal grievances which led to Plaintiff's injuress.

Plaintiff claims negligence on Warden Swain for Knowingly disregarding Plaintiff's requests for protection, resulting in Plaintiff's injuries listed in this complaint.

Plaintiff claims Cruel & Unusual punishment by Captain Caputo and SGT Sanchez for Wantonly striking Plaintiff w/ closed fists to the head & upper torso area, using "Excessive Force".

## -PLAINTIFF'S ALLEGATIONS-

Plaintiff states on 02/15/2026 UPON THE return from the hospital Plaintiff was unlawfully sprayed with pepper spray while laying down reading a book as "Retaliation and a planned attack" as, D. Walker OFC described it. Captain Brown directed OFC Richardson to adminstor OC Spray through the food flap of cell H3104's door. Cpt. Brown intentionally & deliberately sprayed knowingly aware that Plaintiff did not violate any rules that would permit Captain Brown to Lawfully dispense chemical agents on Plaintiff. Plaintiff claims chemical agents were dispensed twice more, Plaintiff was then handcuffed, taken to a shower then medical for an evaluation, then placed back into cell H3104 on an illegal property restriction. Once Plaintiff was placed into his cell he was under a direct observation by Officer D. Walker whom immediately disclosed his involvement in the "Planned attack of Retaliation" for a D.R. that was falsly written by a Jasmine Henderson in which she fabricated in order for staff to sabotage Plaintiff and endanger his life by inmates and staff alike.

On the following day, 02/16/26 after Plaintiff filed a statement and grievance on Captain Brown for illegally spraying Plaintiff.

Plaintiff states Captain Brown Enters into dormitory in which Plaintiff is housed and began to yell at Plaintiff "You Played!" stating his frustrations and that Plaintiff will be sprayed "Round 2" and so on (view ATTACHED; Sworn Afadavits A, B, & C)

IV. STATEMENT FOR CLAIM

## -PLAINTIFF'S ALLEGATIONS-

Plaintiff alleges that on 02/19/26 at 8:45 am Legal mail R.R. SHealy denies Plaintiff his right to public notary While OFFICER CARMICHAEL was present, due to "Prematurity" Plaintiff states this is a violation of Due Process Rights

Plaintiff alleges that on 02/24/26 the D.R. Investigator OFC. SMITH walks off on Plaintiff midway through his investigation leaving her escort, OFC POSTIGLEONE standing infront of Plaintiff's cell confused as to what happened and why Defendant Smith was violating Plaintiff's Due process rights.

ON 02/25/26 Plaintiff is escorted to recieve a haircut and Shave but prior to Plaintiff's haircut & shave cameras will show OFC. Keller, Captain Brown and SGT. INFANTE Surround Plaintiff and attempt to Gesture threats and OFC. RODRIGUEZ IS SEEN DEFLECTING One of OFC. KELLERS Blows to Plaintiffs head before the circle is broken up. DEFENDANT BROWN WILL BE Seen & heard threatening and disrespecting Plaintiff.

On 02/26/26 H.BIDDLE & ROBERT PARRISH DENIED PLAINTIFF'S right to be present in a D.R. hearing held against Him OFC CARTER, OFC KEITH & OFC HILLHOUSE can be seen on video walking passed Plaintiff's cell without acknowledging or asking Plaintiff if he'd appear or give Plaintiff the option. The D.R. Team noted that Plaintiff refused to sign but Plaintiff was never notified of any hearing that Plaintiff was supposed to attend.

Plaintiff states He did not have a uniform due to an unlawful strip/property restriction and was charged for a uniform and written a D.R. for not having a uniform albeit it is not Plaintiff's fault.

ON 3/9/26 Captain Brown Stops at Plaintiff's Door stating "Your Names Ringing Bells, I Bet my pen is sharper than yours."

## - PLAINTIFF'S ALLEGATIONS -

PLAINTIFF alleges that on 03/10/2026 at 1:17 pm infront of his cell, H2202, Defendants; OFC. Devita & OFC. White & OFC. Joesih approached PLAINTIFF & stated "Inmate SANTANA I need you to submit to hand restraints, you're going on strip." Upon inquiring why PLAINTIFF would be going on strip, further discovery indicated Defendant Devita did not have a valid reason to make it permissable for the defendants to place PLAINTIFF on a 72 hour property restriction/strip. Defendant Devita whom spoke for all (3) Defendants stated "I don't have to have a reason to put you on strip, but lemme see, ah okay, there's your reason that styrofoam cup and that sandwich bag is why you're going on strip." "I DON'T GIVE a Fuck, Bitch, you're going on strip" These occurances are very frequent occurances at Colombia C.I. Based on Information and Belief Inmates are placed on strip for no reason every day. PLAINTIFF Believes this to be an act of retaliation due to PLAINTIFF's attempts to file a USDG complaint on Colombia C.I.'s staff for various different violations.

PLAINTIFF alleges that staff are conspiring against him to take his belongings away in which will stop Plaintiff from submitting grievances and federal complaints. PLAINTIFF CLAIMS HARRASSMENT BY ABOVE Listed DEFENDANT(S) PLAINTIFF CLAIMS that DEFENDANT DEVITA did infact make a discriminatory omission towards PLAINTIFF BY stating to PLAINTIFF the foregoing : "SANTANA, YOU A BITCH FOR TOUCHIN ON LIL KIDS, REAL SHIT, IF YOU TOUCH ON LIL KIDS YOU A BITCH, STRAIGHT UP!" This is cooberated by video/Audio footage of Hotel Dorms Camera in wing "2" on 03/11/2026 at 4:15 p.m. Prior to DEFENDANT DEVITA'S DEPARTURE for it was the end of his shift. PLAINTIFF WROTE A grievances and is awaiting a response.

## - PLAINTIFF'S ALLEGATIONS -

PLAINTIFF ALLEGES Captain Caputo and Sergeant A. Infante are conspiring against Plaintiff due to Plaintiff filing grievances on Both defendants Caputo and Infante Plaintiff States at 8:35 am on 03/11/26 SGT. INFANTE Approached Plaintiff's cell H2202 asking Plaintiff if he would strip... "yes or no?" Signaling to Plaintiff's grievances on the door being ready to picked up by whomever is it's duty for above listed date. Defendant then stated "come on look what you're doing?.... filing grievances" motioning the the paperwork on this door. Plaintiff then asked, "who's behind this?" Defendant stated "I'll be back with him." Plaintiff states this is clear retalitorial behavior based on who returned with Defendant Infante; it was Defendant Captain Caputo whom returned with Defendant Infante whom stated That Plaintiff must strip down along w/ Plaintiff's buckie, Ferrious Hubert PC# 134233 134233 Plaintiff claims that classification officer Defendant ROBERT PARRISH When Picking up grievances denied to speak with Plaintiff claims that Defendant R.R. SHEALY Denied Plaintiff access to the courts on 03/11/26 at approximately 8:20 - 830 am. Plaintiff claims he's afraid for his life and doesnot want to be taken out his cell with Defendant Caputo present. Plaintiff has already written grievances on Defendant Caputo and Infante and has been beaten by Defendant Caputo and has been threatened by DEFENDANT INFANTE. Plaintiff states that the psychologist SMITH was directed to speak with Plaintiff and ask if Plaintiff would come out the cell with her present, Plaintiff denied the exception and told Mrs. SMITH that he was in fear for his life & declared a mental health crisis if he were to be placed on strip for retalitorial reasons.

## -PLAINTIFF'S ALLEGATIONS-

PLAINTIFF alleges that he has time and time again told all staff at COLOMBIA C.I. DURING WALKTHROUGHS or inspections of Hotel Dormitory, to no avail.

PLAINTIFF claims negligence and discrimination on OFFICER J. JOESIL. DEFENDANT J. JOESIL has disrespected Plaintiff's race, religion and his charges that led to PLAINTIFF being incarcerated. DEFENDANT J. JOESK has called PLAINTIFF a "FAKE ASS CHICO MUSLIM WHO TOUCHES ON LIL KIDS" (See ATTACHED) PLAINTIFF has filed grievances to the institutional and state levels. Plaintiff alleges that when Plaintiff's grievances are addressed to the FDC's secretary that someone in the institutional processing department is responding acting as a state class official. PLAINTIFF states that since Plaintiff has tried to file section 1983's attaching the formal state class grievances that have already been processed, the staff seems to be weary and Plaintiff believes this is the reason why Plaintiff's complaint is intentionally and purposefully being delayed in submitting it. Plaintiff states that Staff/DEFENDANTS have caused various different delays; firing the Medical Records Clerk, Denying Plaintiff access to the courts, attempts (failed attempts) to have PLAINTIFF placed on property restriction, the list goes on and on.

PLAINTIFF alleges SGT. SOUTHERS to be negligent for not reporting Plaintiff's claims for protection, although Defendant did have knowledge of Plaintiffs circumstances involving the $5,000.00 bounty on Plaintiff's life (SEE ATTACHED) Plaintiff has attached a document implicating Defendant SOUTHERS directly with those whom have a bounty on PLAINTIFFS "head". DEFENDANT is alleged to have told the Latin Kings that Plaintiff "Told on the Kings" conspiring to have Plaintiff stabbed.

I.V. STATEMENT OF CLAIM

## -PLAINTIFF'S ALLEGATIONS-

PLAINTIFF alleges DEFENDANT CLO. ROBERT PARRISH has violated Plaintiff's DUE PROCESS and NEGLIGENCE claims for not reporting to Proper individuals Plaintiff's claims for protection and for refusing Plaintiff the right to appear for his DR hearings.

UPON PLAINTIFF'S INFORMATION & BELIEF, when the DR hearing was commencing and others where being readied to go OFFICERS doing escorts walked passed Plaintiff's cell leading him to believe that DEFENDANT ENTERED INTO A CONSPIRACY to involuntarily refuse/Deny Plaintiff his appearance violating Plaintiff's constitutional right to the courts/DUE process.

PLAINTIFF claims NEGLIGENCE ON DEFENDANT WHITE, OFC. for not properly reporting Plaintiff's claims for protection PLAINTIFF States the DEFENDANT SAID "I'm here for a paycheck bro/brah, I don't do that, it's above my pay grade" Then walked off on Plaintiff, leaving Plaintiff baffled at the absence of DEFENDANTS CONCERNS FOR the safety of another human being.

PLAINTIFF CLAIMS DUE PROCESS AND NEGLIGENCE ON DEFENDANT CLO. SCHWARTZ for NOT REPORTING Plaintiff's claims for protection and Plaintiff States DEFENDANTS ROBERT PARRISH & CLO. SCHWARTZ BOTH violated Plaintiff's DUE PROCESS ROGHTS in the identical manner in regards to denying Plaintiff's appearance to the DR hearing held against PLAINTIFF PLAINTIFF STATES his concerns to the USDC and hopes and prays for relief.

## -PLAINTIFF'S ALLEGATIONS-

PLAINTIFF alleges on 03/13/2026 he was transported to Regional Medical Center, FDC. to have X-rays & a medical consultation done in reference to the injury sustained to his right pinky from the incident between plaintiff and inmate Dante Davis. Plaintiff alleges the OFFICER & SERGEANT that transported him from Columbia CI TO RMC allowed him to take Plaintiff's Legal mail to RMC in order to submit this complaint through RMC's Legal Mail Clerk, but upon their knowledge of as to why Plaintiff is submitting through RMC, TRANSPORT OFFICER & SERGEANT took Plaintiff's Legal mail away from Plaintiff in order to stop Plaintiff from submitting this complaint. PLAINTIFF Claims this is a violation OF PLAINTIFF'S RIGHT to access the courts. PLAINTIFF CLAIMS INMATE PATRICK JASNIAK DC#D11298 is a witness to this violation and claims to be a witness willing to testify on Plaintiff's behalf. PLAINTIFF claims to have disclosed that R.R. SHEALY, DEFENDANT & LEGAL MAIL CLERK is denying Plaintiff access to courts done to the nature of the allegations herein.

PLAINTIFF CLAIMS Negligence for DEFENDANT CLO. SCHWARTZ not reporting to security plaintiff's claims of protection. PLAINTIFF claims that DEFENDANT SCHWARTZ forged Plaintiff's signature on a waiver of protection on 11/18/2025 Plaintiff was asked if he would return to GEN. POP. by signing a waiver of protection, PLAINTIFF Stated he would not return due to his fear of being stabbed. PLAINTIFF was released from confinement that day, Plaintiff alleges that DEFENDANT forged a waiver of protection and also claims CLO. SCHWARTZ's conspiracy to have PLAINTIFF injured or stabbed. Plaintiff returned to confinement.

## -PLAINTIFF'S ALLEGATIONS-

PLAINTIFF alleges he spoke with a Centurion employee, Nurse. Upon further discovery Plaintiff found out that Adreana Sheppard has been terminated. PLAINTIFF states, upon information and belief, that Adreana Sheppard was fired immediately after providing PLAINTIFF with the medical records that Plaintiff requested in regards to an incident that lead to Plaintiff needing to be checked for injuries after DEFENDANT MCINTYRE slammed a flap deliberately on PLAINTIFF's Thumb. PLAINTIFF claims this to be directly related to this complaint. PLAINTIFF states that on 3/11/26 at 8:45 am that the Legal Mail clerk DEFENDANT R.R. SHEALY DENIED PLAINTIFF access to the courts by denying PLAINTIFF the right to send out this complaint and application to proceed "in forma pauperis" PLAINTIFF claims this is a violation of Constitutional Ammendments PLAINTIFF alleges all staff members whom are aware of PLAINTIFF's complaint are attempting to hinder the progression of this complaint. from OFFICERS attempts to place Plaintiff on property restriction to firing medical records Ms. Sheppard, to Legal Clerk DEFENDANT R.R. SHEALY denying PLAINTIFF's access to the Courts; PLAINTIFF claims that these all are attempts to hinder PLAINTIFF from completing his objective. PLAINTIFF CLAIMS, DEFENDANT KELLER, OFC. has illegally gone through PLAINTIFFS LEGAL WORK when conducting a cell search PLAINTIFF sees DEFENDANT KELLER GOING Through this complaint taking photos with a cell phone. PLAINTIFF claims DEFENDANT KELLER has violated the Constitution of Amendment #4 SEARCH and SEIZURE. PLAINTIFF alleges to have been placed on a 72-hour Property Restriction during 25 degree weather in a cell with a window that stays open and NO blankets, Linens, or clothes to keep Plaintiff warm which is "cruel and unusual punishment" Amendment #5 has been violated by the Colombia C.I. staff in which were involved in Plaintiff's disposition of 72-hour Property Restriction and any staff that negligently refrained from helping PLAINTIFF'S circumstances

## -SWORN AFADAVIT-            (A)

I, CRISTOBAL JUNIOR SANTANA, HEREBY CERTIFY THAT THE FOREGOING IS TRUE AND CORRECT UNDER PENALTY OF PERJURY THAT ON THE 15th DAY OF FEBRUARY OF THE YEAR 2026 at APPROXIMATELY BETWEEN 2100-2200 HOURS IN CELL H3104 AT COLOMBIA CORRECTIONAL INSTITUTION in LAKE CITY FLORIDA, COLOMBIA COUNTY I WAS UNLAWFULLY SPRAYED WITH CHEMICAL AGENTS AS "RETALIATION" AND A "PLANNED ATTACK", AS DESCRIBED BY OFC. D. WALKER, BY CAPTAIN BROWN. CAPTAIN BROWN DIRECTED OFC. RICHARDSON TO ADMINISTOR OC SPRAY THROUGH THE FOOD FLAP OF CELL H3104'S DOOR. CAPTAIN BROWN INTENTIONALLY AND DELIBERATELY SPRAYED ME KNOWINGLY AWARE I DID NOT VIOLATE ANY RULES THAT WOULD PERMIT HIM TO DISPENSE CHEMICAL AGENTS ON ME AS I WAS LAYING DOWN READING A BOOK. CHEMICAL AGENTS WERE DISPENSED TWICE MORE. I WAS THEN HANDCUFFED, TAKEN TO A DECONTAMINATION SHOWER, THEN PLACED BACK IN MY CELL ON AN UNVERIFIABLE PROPERTY RESTRICTION ONCE PLACED BACK IN CELL H3104 I WAS BEING DIRECTLY OBSERVED BY OFFICER D. WALKER WHOM IMMEDIATELY DISCLOSED HIS INVOLVEMENT IN THE "PLANNED ATTACK OF RETALIATION" FOR AN ~~UN~~RELATED DISCIPLINARY REPORT WRITTEN BY OFFICER JASMINE HENDERSON FOR A FABRICATED LEWD & LASCIVIOUS EXHIBITION CHARGE. WHILE AT ORANGE PARK HOSPITAL WHILE I WAS RECIEVING CARE AT ORANGE PARK (HCA) CAPTAIN BROWN CALLED THE DOC WORKCELL PHONE, ASK FOR OFFICER HANNON TO PLACE THE PHONE ON LOUDSPEAKER SO THAT HE MAY PERSONALLY TELL ME THAT HE WOULD "GAS" ME AND "BURN" ME. THE PHONE CALL WAS AROUND FEB. 11th 2026, WHENEVER HANNON WORK HOSPITAL DUTY

OFFICERS INVOLVED: CPT. BROWN, SGT. OUTON, OFC. RICHARDSON, OFC. D. WALKER

EXECUTED IN LAKE CITY, FL ON: 02-18-26

SIGN: *Cristobal J. Santana*
PRINT: Cristobal J. Santana
DATE: 03/10/26
NOTARIZED: Refused To Notarize (KR. SHEALY)

## -SWORN AFADAVIT-    (B)

I, CRISTOBAL JUNIOR SANTANA, HEREBY CERTIFY THAT THE FOREGOING IS TRUE AND CORRECT UNDER PENALTY OF PERJURY. THAT ON THE 15th DAY OF THE MONTH OF FEBRUARY, YEAR 2026 AT APPROXIMATELY 22:00 HOURS IN FRONT OF CELL H3104 OF H-DORMITORY OF COLOMBIA CORRECTIONAL INSTITUTION OF LAKE CITY, FLORIDA OF COLOMBIA COUNTY OFC. D. WALKER DID INFACT DISCLOSE THAT CAPTAIN BROWN UNLAWFULLY "PLANNED AN ATTACK" ON INMATE SANTANA TO HAVE INMATE SANTANA SPRAYED WITH O.C. CHEMICAL AGENTS. THIS STATEMENT CAN BE COOBORATED WITH CAMERA & AUDIO FOOTAGE. THE ABOVE DISCLOSURE MADE BY OFC. D. WALKER WAS DONE IMMEDIATELY AFTER I WAS PLACED BACK INTO CELL H3104 ~ EXECUTED IN LAKE CITY, FL ON 02-18-2026 ~

SIGNED: *Cristobal J. Santana*
PRINTED: Cristobal J. Santana
DATED: 03/10/26

NOTARIZED: REFUSED TO NOTARIZE (R.R. SHEALY)

## SWORN AFADAVIT

(C)

I, CRISTOBAL JUNIOR SANTANA, HEREBY CERTIFY THAT THE FOREGOING IS TRUE AND CORRECT UNDER PENALTY OF PERJURY THAT ON THE 16th DAY OF FEBRUARY OF THE YEAR 2026 AT APPROXIMATELY 1408 HOURS IN FRONT OF CELL H3104 OF HOTEL DORM AT COLOMBIA CORRECTIONAL INSTITUTION IN LAKE CITY, FL OF THE COUNTY COLOMBIA, CAPTAIN BROWN DID INFACT STATES "YOU WROTE A STATEMENT ON ME ?!?! OH! YOU PLAYED! YOU PLAYED! WE'RE GONNA GO ROUND TWO!" VERY LOUDLY & BELIGERANTLY. HIS IRATE AND BLATANT ACTS OF MISCONDUCT ARE CLEAR RETALITORIAL OMISSIONS. THIS IS A THREAT AND I BELIEVE TO BE IN IMMINENT DANGER. FOR I DO NOT KNOW WHAT CAPTAIN BROWN MAY DO DURING HIS "ROUND 2".

EXECUTED IN LAKE CITY FL ON 02/18/26

SIGN: *Cristobal J. Santana*
PRINT: Cristobal J. Santana
DATE: 03/10/26

NOTARIZED: REFUSED TO NOTARIZE (R.R. SHEALY)

## —SWORN AFADAVIT—

I, JOSEPH ANTHONY KUDRYK, HERBY CERTIFY That FOREGOING is true and correct UNDER PENALTY of PerJURY, EXcept +HAT WHICH is Based on iNFORMATion and BElief.

ON WensDAY, THE 11th DAY of THE MARCH IN The YEAR 2026 aT AppX 12.00 hours iN cell H2201 of H Dormi-tory of ColomBIA C.I (MAIN) hake City, fl COlomBIA COUNTY I, JOSEPH ANTHONY KUDRYK, WITNESSED Mr CRISTOBAI JUNIOR SANTANA Stating DETAils OF AN INCIDENT BETWEEN HIM AND SGT SANCHEZ offICER McKeNZie HAD TOOK mr CRISTOBAI JUNIOR SANTANA iNTO tHE L+s office located in H-Dorm-itory where inside the offICE while WEARING HAND RESTRAINTS Sqt SANCHEZ AND OFC McKENZie Began TO PUNCH AND Kick WHICH lASTED a(UNKNOwn Amount of time)

—EXECUTED IN LAKE CITY, fl 3pm ON

SIGNED: *Joseph a Kudryk*
PRINTED: JOSEPH A KUDRYK
DATED : 03-12-2026

SWORN AFADAVIT

I, CRISTOBAL JUNIOR SANTANA, hereby declare under penalty of perjury the foregoing is true and correct, except for that which is based on belief and knowledge.

_Cristobal J. Santana_                03/12/2026              9:10 am
SIGNATURE                            DATE                    TIME

STATEMENT: Today, Thursday March 12th 2026 at 9:00 am I attempted to submit a federal claim against staff with a "42 § Section 1983" (Prisoner Complaint) Through channels of Legal Mail provided by Mrs. R.R. SHEALY. R.R. SHEALY denied me access to the courts due to the evidentiary documents I attached to my complaint. This is the 3RD attempt at submitting my complaint with R.R. SHEALY and the 3RD time she has denied me my right upheld by the U.S. Constitution. I have filed several request for administrative remedy for this reason, to no avail. I believe that she is trying to cover up for Colombia C.I.'s staff whom are very corrupt. R.R. SHEALY reads all the documents thats placed in her hands, she illegally goes through meticulously scanning documents. Some say she sometimes wears glasses with cameras on them for gaining intel on complaints filed against her and her colleagues. Also, R.R. SHEALY is known to and believed to conspire with OFFICERS to disclose sensitive legal mail and opens people's mail after it's been sealed. R.R. SHEALY IS SAID to have denied other people's legal mail for malicious and frivolous reasons. I don't trust R.R. SHEALY with her position handling prisoner's mail.

Executed in Lake, City, FL. 32025

VI. RELIEF

-PRAYER FOR RELIEF-

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF:

(1) A declaration that the acts and omissions described herein violated PLAINTIFF's rights under the U.S. Constitution and Laws of the United States.

(2) A preliminary and permanent injunction ordering the defendants listed in section: "DEFENDANTS" IV. PARTIES TO THIS COMPLAINT - to cease the mistreatment of prisoners

(3) Compensatory damages in the amount of $ 1,000,000.00 USD. against all the Defendants listed herein (see ATTACHED "IV." section) Jointly and severally, in their in their "individual" and "OFFICIAL" capacities

(4) Punitive damages in the amount of $ 250,000.00 USD. against the same above listed Defendants (See section IV. "PARTIES TO THIS COMPLAINT")

(5) A jury trial on all issues triable by jury.

(6) PLAINTIFF'S cost in this suit.

(7) Any additional relief this court deems Just, Proper, and Equitable.


Cristobal J. Santana
        PRINT
Cristobal J. Santana
        SIGN
03/12/2026
        DATE

FLORIDA DEPARTMENT OF CORRECTIONS                    02/27/2026
ISSO158 (14)                    DISCIPLINARY REPORT                    PAGE    1
                                HEARING INFORMATION
                                LOG # 201-260396

---

DC#: G90443   INMATE NAME: SANTANA, CRISTOBAL J. J.        H2202U INFRACTION
VIOLATION CODE:  0062   TITLE: DISOBEY REGULATIONS          DATE: 02/19/2026
FACILITY CODE:  201      NAME:  COLUMBIA C.I.               TIME: 08.50

---

          TEAM    FINDINGS AND ACTION   DATE: 02/26/2026, AT: 06.36
     INMATE OFFERED STAFF ASSISTANCE: DECLINED
     INMATE PLEA: NO PLEA        FINDINGS: GUILTY
     INMATE PRESENT: REFUSED TO APPEAR
POSTPONEMENT:
BASIS FOR DECISION:
     THE STATEMENT OF FACTS WERE READ AND CONSIDERED. THE HEARING
     TEAM FOUND INMATE GUILTY BASED ON THE EYEWITNESS STATEMENT
     OF THE CHARGING STAFF MEMBER AND NO EVIDENCE PROVIDED TO
     SHOW OTHERWISE.  INMATE WAS PROVIDED A COPY OF THE TEAM'S
     DECISION.  INMATE ADVISED HE HAS FIFTEEN DAYS TO APPEAL THE
     TEAM'S DECISION.  INMATE REFUSED TO BE PRESENT AT THE
     DISCIPLINARY HEARING AND REFUSED TO SIGN SECTION II B. OF    ← DID NOT REFUSE
     FORM DC6-112D.


ACTIONS TAKEN:
 DISCIPLINARY CONFINEMENT: 0000; AC CREDIT DAYS: 000; ADJUSTED DC DAYS: 000
 DC PROBATION DAYS SET:     0000;
RESTITUTION PAYMENT            0; PROBATION DAYS SET:    0                 ;

---

 RESTITUTION:      $12.86; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N
     COMMENTS:
     INMATE WAS GIVEN RESTITUTION IN THE AMOUNT OF $12.86.
     APPROPRIATE INMATE BANKING STAFF WERE NOTIFIED OF THE
     RESTITUTION PAYMENT VIA EMAIL.

TEAM CHAIRMAN:   PRD25 - PARRISH, ROBERT D.
TEAM MEMBERS:    BHA15 - BIDDLE, HANNAH                  -

---
---

```
                      FLORIDA DEPARTMENT OF CORRECTIONS         02/16/2026
ISSO150 (01)            CHARGING DISCIPLINARY REPORT                          PAGE:      1
                            LOG # 201-260311
---------------------------------------------------------------------
  DC#: G90443   INMATE NAME: SANTANA, CRISTOBAL J. J.         INFRACTION
  VIOLATION CODE:  0024   TITLE: FIGHTING                     DATE: 02/10/26
  FACILITY CODE:  201     NAME:  COLUMBIA C.I.                TIME: 21:15
---------------------------------------------------------------------
```

I.   STATEMENT OF FACTS
     INMATE SANTANA, CRISTOBAL DC#G90443, HOUSED IN H3-110U, IS
     BEING CHARGED WITH 2-4: "FIGHTING", RULE OF PROHIBITED
     CONDUCT 33-601.314, FAC. ON FEBRUARY 10, 2026, AT
     APPROXIMATELY 2115 HOURS, WHILE ASSIGNED AS THE HOTEL
     DORMITORY HOUSING SUPERVISOR, I WAS CONDUCTING SHOWERS ON
     WING 3, WHEN I OBSERVED INMATE SANTANA AND INMATE DAVIS,
     DANTE DC#N22145 HOUSED IN H3-110, HAVING A PHYSICAL
     ALTERCATION THAT INVOLVED STRIKING EACH OTHER IN THE FACE
     AND UPPER TORSO WITH CLOSED FISTS. BOTH INMATES WERE SEEN BY
     MEDICAL WITH INMATE SANTANA WITH LACERATION FROM AN ALLEGED
     BITE ON LEFT PINKY NOTED AND INMATE DAVIS WITH LEFT EYE
     SWOLLEN NOTED. INMATE SANTANA WAS TRANSPORTED TO OUTSIDE
     HOSPITAL AND UPON RELEASE WILL RETURN TO ADMINISTRATIVE
     CONFINEMENT PENDING THE DISPOSITION OF THIS REPORT. THE
     SHIFT SUPERVISOR WAS NOTIFIED AND AUTHORIZED THIS REPORT TO
     BE WRITTEN.

3104

  REPORT WRITTEN: 02/10/26, AT 22:20      BY: KJL32 - KEATON, J. L.
---------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 2/16/26 AT 12:49

        NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
        EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
        NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
        33-601, FLORIDA ADMINISTRATIVE CODE.

        DELIVERED BY :
---------------------------------------------------------------------

  NOTICE TO INMATE:
  AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
  CONDUCT, YOU ARE ADVISED THE FOLLOWING:
---------------------------------------------------------------------

  INVESTIGATION:
  AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
  DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
  OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
  THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
  OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
  SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
  HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
  TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
---------------------------------------------------------------------

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: Columbia C I 201

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other  SC |
|---|---|---|---|---|

| FROM: | Inmate Name Santana, Cristobal J. | DC Number G90443 | Quarters H2-220L | Job Assignment N/A | Date 12/16/25 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☑

Dear Asst Warden I am filing a written complaint on Officer Keller for denying me showers 5 times in a row. I'm out of compliance with a long beard. I asked him for a shower at 6:49 pm wing 2. Hotel Dorm. He denied me saying I lied to him about a bride yesterday and said I don't get a shower. I told him that was not a valid reason and he walked away I yelled his name he turned around and said "do you want to get sprayed? stop creating a disturbance on my wing." Then proceeded to walk away and pick up his radio & speak into it saying "I need 2220 cleared for chemical agents." This oppression needs to stop. I'm seeking remedy of admin in any way possible. Thank you                                          Respectfully,

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Cristobal J. Santana          DC#: G90443

--- **DO NOT WRITE BELOW THIS LINE** ---

## RESPONSE  201-2512-0134

DATE RECEIVED: DEC 17 2025

Officer Keller was interviewed about your allegations and denied yall allegations you placed upon him.

[The following pertains to informal grievances only:

Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): N. Harrell SGT | Official (Signature): Harrell | Date 12/22 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

ATTN: A.W. Perry
**INMATE REQUEST**
ATTN: Warden Swain

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: Columbia CI - 201

| TO: (Check One) | ☑ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Santana, Cristobal J. | A-GA0443 | H2-220-L | N/A | 12/18/25 |

**REQUEST**                                    Check here if this is an informal grievance ☐

I spoke with you today at appx. 8:30 am in Hotel wing 2 during your rounds. I made a claim of protection to you, you took my name down but nothing came of it I was not allow the Witness Statement form and exactly as I predicted, I was set to be released from confinement because My previous DR for Disobey order was rejected due to the lie that I refused to leave confinement. I am requesting protection and am in Fear of losing my life to Latin Kings.

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to, in writing.

Inmate (Signature): Cristobal J. Latin        DC#: A-GA0443

——————— DO NOT WRITE BELOW THIS LINE ———————

**RESPONSE**                              DATE RECEIVED: _____

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): | Date: |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)
                    Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Atn: Colonel Oct

Mail Number: _____
Team Number: _____
Institution: 201 Colombia CI

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☑ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other Colonel |
|---|---|---|---|---|

| FROM: | Inmate Name Santana, Cristobal J. | DC Number AG90443 | Quarters H220L | Job Assignment N/A | Date 12/22/25 |
|---|---|---|---|---|---|

**REQUEST**                     Check here if this is an informal grievance ☑

Im filing a complaint of Staff Misconduct on SGT Keaton
for threatening me and pointing his finger in my face, saying
he would "gas the fuck out of me" because of something unintelligible
he must have been refering to retaliating towards me for his co-workers
on 12/22/25 in Hotel Dorm Wing 2 at appx. 8:04 pm
In front of cell H2220

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Cristobal J. Santana          DC#: AG90443

——————— **DO NOT WRITE BELOW THIS LINE** ———————

**RESPONSE**   201-2512-0166          DATE RECEIVED: DEC 23 2025

Sgt. Keaton was interviewed on the above
allegations and denied all allegations
you placed against him.

[The following pertains to informal grievances only:

Based on the above information, your grievance is ___Denied___. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): W. Hauley | Official (Signature): N. Tavral | Date: 12-31-25 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

_Attn: Colonel_

Mail Number: _____
Team Number: _____
Institution: _201 Col C.I. MAIN_

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☑ Classification<br>☑ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other _Colonel_ |
|---|---|---|---|---|

| FROM: | Inmate Name<br>_Santana, Cristobal J._ | DC Number<br>_AG90443_ | Quarters<br>_H2220_ | Job Assignment<br>_N/A_ | Date<br>_12/23/25_ |
|---|---|---|---|---|---|

**REQUEST**                            Check here if this is an informal grievance ☑

I'm reporting SGT. Infante for staff misconduct, review camera footage & audio recordings from November 25th, 2025 near H-1-104 during moves at appx. 2:10 - 2:15 pm upon the replacement of an unit/es SGT. Infante came to my cell stating:
"You wanna claim protection, you piece of shit? I gotcha, I'll see you out here."
"You're a checkin, piece of shit, I got you, your day is coming!"
"You're lucky I don't smack those glasses off your bitchass face!"

I've had time and time again moments like these with several different officers Sgts & even Cpts/Lts. I'm requesting immediate transfer to PMU because I'm in fear of staff reprisal and am in fear for my life.

_Respectfully,_

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): _Cristobal J. Santana_ | DC#: _AG90443_ |
|---|---|

──────── **DO NOT WRITE BELOW THIS LINE** ────────

**RESPONSE** _201-2512-0264_                    **DATE RECEIVED:** _12/30/25_

103.014(1)(u) filing informal 30 days or more beyond the date of incident. Your request for administrative remedy is in non-compliance with Chapter 33-103.014(1)(u) Inmate Grievance Procedure, which states: The inmate filed an informal grievance in excess to 30 days from the time the event being grieved occured

[The following pertains to informal grievances only:

Based on the above information, your grievance is _Returned_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): _N. Harrell_ | Official (Signature): _N. Harrell_ | Date: _1-5-26_ |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the respor          ̄mal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in a ̄                3-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be                 ̄s, following receipt by staff.
You may obtain further administrative review ̄                   ̄ form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attachin                    ̄nce and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is respo                  a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

                                                ̄eferences in Rule 33-103.005 F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: Co/CF 201 Main

SEC/Class

| TO:<br>(Check One) | ☑ Warden<br>☑ Asst. Warden | ☑ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Santana, Cristobal J. | DC Number<br>A-G90443 | Quarters<br>H3-110-L | Job Assignment<br>N/A | Date<br>2/4/26 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

To Those whom are in authority to make a difference, I have time & time again conveyed the message that I am being targetted & discriminated towards with staff's targetted attacks and unnessesary placements of property restriction without valid reasons, fabricated DR's and negligence to providing me with proper protection or due process to DR court procedures. I am seeking remedy to negligence on security's end by not providing me with correct means of corrective measures. Rather than submit me for ICT hearing for Protection Longterm I am told I have a signature on record for a "Waiver of Protection" In which I did not sign. I've previously filed grievances, to no avail, I haven't recieved responses. The remedy I seek is to have a ICT Hearing so that I may speak to someone about why I am in need of Longterm Protective Measures, such as at a PMU.
List of Staff Responsible for Negligence Claims: Warden Sumsin, Cpts; | Respectfully, |
Caputo, Holmes, Jenkins, Brown, Swanson, LT Biddle, SGTs; Sanchez, Keaton, Infante, Harrell, OFC's; DaVita, Kolbra)

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Cristobal J. Santana            DC#: A-G90443

─────────── **DO NOT WRITE BELOW THIS LINE** ───────────

**RESPONSE**   201-2602-0055        DATE RECEIVED: 2-5-26

Be advised this issue was addressed in Formal Grievance # 2512-201-058 which was mailed back to you on 1-4-2026

[The following pertains to informal grievances only:
Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): N. Harrell Sgt | Official (Signature): N. Harrell | Date: 2-11-26 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day fails on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: 201 Columbia CI

10A

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _Sec_ |
|---|---|---|---|---|

| FROM: | Inmate Name Santana Cristobal | DC Number G90443 | Quarters H 3110 L | Job Assignment N/A | Date 02/06/26 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☑

I am requesting to file formal criminal charges on Laundry Seargant McIntyre for slamming my finger (Left THUMB) in flap and ignoring my declaration of a medical emergency. This injury I've sustained was a clear and blatant act of intentional assault. He's been doing it for years and has a passion for injuring inmates from confinement. I request immediate remedy by having me removed from this facility, given proper medical attention to, and given the opportunity to file charges and writing a witness statement.

Respectfully,

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _Cristobal J. Santana_

DC#: G90443

---

### DO NOT WRITE BELOW THIS LINE

**RESPONSE** 201-2602-0069    DATE RECEIVED: 2-6-26

Be adjusted that your allegations have been documented and foward to appropriate administrators for further disposition.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): N. Turrell 891 | Official (Signature): _W. Turrell_ | Date 2-11-26 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: 06 - BASSETT
Institution: COLOMBIA C1-201

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name SANTANA, CRISTOBAL J. | DC Number A - G90443 | Quarters H2202 L | Job Assignment N/A | Date 02/22/26 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

COMPLAINT OF VIOLATION OF RELIGIOUS FREEDOM ON OFFICER D. DICKEY (DDPOG)

CLAIM: AT ORANGE PARK HOSPITAL, DURING A HOSPITAL VISIT INMATE SANTANA (G90443) WAS MADE TO STAY RESTRICTED AND RESTRAINED TO THEIR HOSPITAL BED, INMATE SANTANA TOLD OFC. D. DICKEY SEVERAL TIMES THAT SANTANA MUST BE ALLOWED TO PRAY NEXT TO THE BED WHERE INMATE SANTANA WAS TEMPORARILY HOUSED DURING HIS HOSPITAL STAY FOR AN INJURY SANTANA SUSTAINED FROM COLOMBIA C1, OFC. D. DICKEY DENIED SANTANA HIS RIGHT TO PRAY BEDSIDE, WHICH IS A DIRECT VIOLATION OF OFC. D. DICKEY'S DUTY. RESPECTFULLY SUBMITTED.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Cristobal J. Santana        DC#: A-G90443

---

**DO NOT WRITE BELOW THIS LINE**

OIC / SEC RESPONSE    201-2602-0262    DATE RECEIVED: 2/23/26

IT SHOULD BE NOTED THE ONLY TIME RESTRAINTS ARE REMOVED FROM AN INMATE AT OSH IS WHEN IT IS NESSSARY FOR A MEDICAL ISSUE.

The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): A. WASHINGTON | Official (Signature): A. Wash | Date: 2·27·26 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

ATTN: LAUNDRY, OFC. LEWIS Qu

Mail Number: _____
Team Number: D6 BASSETT
Institution: 261-Colombia Main

| TO: (Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name<br>SANTANA, CRISTOBAL J. | DC Number<br>A-G90443 | Quarters<br>H2202L | Job Assignment<br>N/A | Date<br>02/23/26 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☑

DUE TO OFC. LEWIS OF THE LAUNDRY DEPT. WHOM IS DIRECTLY RELATED TO AND RESPONSIBLE FOR INMATE'S RECIEVING CLEAN UNIFORM EXCHANGE FOR INMATE POPULATION THAT ARE IN SPECIAL HOUSING UNITS AT COLOMBIA CI INMATE SANTANA ALLEGES HE DID NOT HAVE BLUE UNIFORM BETWEEN THE DATES 02/15/26 - 02/20/26 AND SANTANA CLAIMS THAT AT ALL TIMES DURING OFC. LEWIS' VISIT TO CONFINEMENT, SANTANA DID INFACT CONVEY HE DID NOT HAVE USED CLOTHES TO EXCHANGE FOR CLEAN CLOTHE IN ACCORDA WITH OFC. LEWIS' POLICY OF "ONE FOR ONE". ALTHOUGH OFC. LEWIS ISN'T RESPONS-IBLE FOR SANTANA'S ABSENCE OF A UNIFORM, ITS OFC. LEWIS' DUTY TO ENSURE THAT ALL INMATES ARE PROPERLY CLOTHED WITH "CLASS-A UNIFORMS". IN WHICH HIS DISREGARD TO PROPERLY CLOTHE ME AND HIS THRICE DENYINGS CAUSED SANTANA TO RECIEVE AN INVOLUNTARY REFUSAL TO DR COURT, RESPECTFULLY

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Cristobal A. Santana    DC#: A-G90443

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE    261-2602-0246    DATE RECEIVED: 2/23/26

Laundry staff accomodates confinement inmates 3 times a week - with blues and whites for a one-for-one exchange for special housing (conf). Whenever current shower call, you should be ready at your cell door for 1 for 1 exchange of Blues/Whites.

The following pertains to informal grievances only:

Based on the above information, your grievance is ___Denied___. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): N. Havren Sgt    Official (Signature): W. Havre Sgt    Date: 2-25-26

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

INVESTIGATIVE DR COORDINATOR: SMITH

Mail Number: _____
Team Number: _06_____
Institution: _201_____

**TO:** (Check One)
☐ Warden    ☐ Classification    ☐ Medical    ☐ Dental
☐ Asst. Warden    ☑ Security    ☐ Mental Health    ☐ Other _____

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | SANTANA, CRISTOBAL J. | A-G90443 | H220 2-C | N/A | 2/2/26 |

## REQUEST

Check here if this is an informal grievance ☑

CLAIM OF VIOLATION OF DUE PROCESS RIGHTS OF SANTANA BY INVESTIGATING OFC. SMITH WHOM WILLFULLY DEPRIVED SANTANA INVESTIGATIONS ON TWO DR'S IN WHICH SANTANA TRUTHFULLY STATES THAT SAID DR'S WERE FABRICATED. SANTANA ALLEGES SMITH COMITTED TO CONSPIRE AGAINST HIM BY INTENTIONALLY NOT DISCLOSING THAT THE HOSPITAL STAFF AND VIDEO & AUDIO FOOTAGE WAS INFACT RETRIEVABLE AND COULD HAVE BEEN USED IN THE DEFENSE IN WHICH OFC. SMITH PERSUADED SANTANA A DISMISAL ON HIS CHARGES ALLOWING SANTANA TO UNKNOWINGLY BE SABOTAGED RESPECTFULLY SUBMITTED,

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____    DC#: G90443

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE    201-2602-0250    DATE RECEIVED: 2-23-26

Officer Smith denied all allegations placed upon her. Officer Smith "served D.R. and that was all she stated.

[The following pertains to informal grievances only:

Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): N. Harrel | Official (Signature): _____ | Date: 2-24-26 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

ATTN: HAMRIC, LT. & SCHWARTZ, CLO.

Mail Number: _____
Team Number: 06 -BASSETT
Institution: 201-COLOMBIA

| TO: (Check One) | ☐ Warden | ☑ Classification | ☐ Medical | ☐ Dental | 76 |
|---|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ | |

| FROM: | Inmate Name SANTANA, CRISTOBAL | DC Number A-G90443 | Quarters H2202L | Job Assignment N/A | Date 02/23/26 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☑

CLAIM OF VIOLATION OF DUE PROCESS RIGHTS - 5th AMENDMENT
ON 02/19/2026 ALL PARTIES INVOLVED IN THE DISCIPLINARY OF INMATE
SANTANA HAVE VIOLATED HIS FEDERAL RIGHTS UPHELD BY THE UNITED
STATES CONSTITUTION'S 5th AMENDMENT: TRIAL & PUNISHMENT, COMPEN-
-SATION FOR TAKING'S. INMATE SANTANA ALLEGES THAT SANTANA DID NOT
REFUSE TO APPEAR, NOR REFUSE TO SIGN SECTION II (B) OF DC6-112D
INMATE SANTANA CLAIMS HE DID INFACT CONVEY THAT DUE TO SANTANA-NOT HAVING
A "CLASS-A UNIFORM" THAT HIS HEARING SHOULD HAVE BEEN RESCHEDULED. INMATE
SANTANA HAS FILED GRIEVANCES ON CAPT. BROWN FOR UNLAWFULLY STRIPPING SANTANA &
ON OFC. LEWIS FOR DENYING SANTANA A UNIFORM FROM 02/19/26 TO 02/21/26. SANTANA
RESPECTFULLY, PRAYS THAT THE DR BOARD ENTERS A JUDGEMENT GRANTING
INMATE SANTANA A REHEARING. SUBMITTED IN GOOD FAITH. (OR A REWRITE?)

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Cristobal J. Santana     DC#: A-G90443

---

**DO NOT WRITE BELOW THIS LINE**

USA/SEC RESPONSE   201-2602-0240     DATE RECEIVED: 2/23/26

STAFF ADVISED THE STATEMENT OF FACTS IS A
TRUE STATEMENT.

The following pertains to informal grievances only:
Based on the above information, your grievance is _____. (Returned/Denied/or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): A. WASHINGTON | Official (Signature): A. Wash | Date: 2-27-26 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

TB201-COLUMBIA C.I.
216 SE Corrections Way   Lake City, FL 32025
3867547600  Fax: 3867585735

February 6, 2026
Page 1
Diagram of Injury

**CRISTOBAL J SANTANA, JR**
G90443
Race/Sex: White / Male
DOB: 05/11/1996
201-COLUMBIA C.I.

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence ___2|6|26___   Time of occurrence___1257___
Date injury assessed by medical___2|6|26___   Time injury assessed by medical___1257___

☑ No injury identified

Description of injury:

Ø injury noted at this time- Discoloration noted to ① thumb nail, unable to determine how long it has ① been there, approx 1 mm in length

Staff Signature  T GodwinLPN

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

TB201-COLUMBIA C.I.
216 SE Corrections Way   Lake City, FL 32025
3867547600  Fax: 3867585735

## CRISTOBAL J SANTANA, JR

DC#: G90443
Race/Sex: White / Male
DOB: 05/11/1996
Facility: 201-COLUMBIA C.I.

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: Inmate, Injury**
( )Inmate  ( )Employee  ( )Visitor  ( )Post-Use-of-Force Exam  ( )Injury  ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.  This includes a visual inspection of the entire body to identify any sign of injury.  This exam shall be performed in the medical unit except under unusual circumstance.  Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: 1257**
**Time of exam: 1257**
**Description of occurrence: wellness check**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? N/A**
( )N/A  ( )Yes  ( )Refused
**N/A**
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool water to eyes 5-10 minutes  ( )N/A

**Temp: 97.6F**
**Pulse: 77**
**Resp: 17**
**BP: 119/ 76**
**O2 sat:  100%**

**Arrived via: Ambulatory**
( )Ambulatory  ( )Stretcher  ( )Wheelchair  ( )Other
**Other: N/A**

**Condition on arrival (check all that apply): Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally**
( )Alert  ( )Oriented x 4 (person-place- time-situation)  ( )Responding to questions verbally  ( )Other (requires description in examination summary)  ( )C/O pain?
**If C/O pain checked, please indicate where: N/A**

**Examination summary: Patient ambulated with a steady gait. A&Ox4. Respirations even and nonlabored. Skin warm and dry to touch.  No acute distress noted. No visible injuries noted at this time. Discoloration noted to left thumb nail approximately 1mm in lenth.  Unable to determine how long it has been there. No swelling noted to thumb. No deformities noted at this time.**

**Physician notified? No**
( )No  ( )Yes
**Name: N/A**
**Time: N/A**

TB201-COLUMBIA C.I.
216 SE Corrections Way    Lake City, FL 32025
3867547600  Fax: 3867585735

*February 11, 2026*
Page 3
FL Nurse Protocol Visit

## CRISTOBAL J SANTANA, JR

DC#: G90443
Race/Sex: White / Male
DOB: 05/11/1996
Facility: 201-COLUMBIA C.I.

**Treatment provided?** **No**
( )No  ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment** **N/A**

**Disposition:** **Confinement**
( )Population(dorm)  ( )Confinement  ( )Infirmary  ( )Hospital ER  ( )IMR  ( )Other
**if Other, please explain:** **N/A**

**Discharge Instructions and Education:** **Patient educated to access sick call PRN. Verbalizes understanding.**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)   Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

TB201-COLUMBIA C.I.
216 SE Corrections Way    Lake City, FL 32025
3867547600  Fax: 3867585735

## CRISTOBAL J SANTANA, JR

DC#: G90443
Race/Sex: White / Male
DOB: 05/11/1996
Facility: 201-COLUMBIA C.I.

## Nurse Visit

**Copay?** No
**Reason for encounter** EMIDExam Time 1257

(Check if paper form done and scanned in)
**Patient DC Number**
G90443

**Electronically signed by Tori Godwin, LPN, Licensed Practical Nurse. Centurion on 02/06/2026 at 1:14 PM**
**Electronically signed by Glenn Molloy, Nurse Practitioner Med, Centurion on 02/06/2026 at 1:23 PM**
**Electronically signed by Pamela Jones, RN, Registered Nurse,DON, Centurion on 02/06/2026 at 3:45 PM**

COLUMBIA CORRECTIONAL INSTITUTION (CELL DOOR COPY) *Exhibit 4*

Inmate Name: **Santana, Cristobal**          DC # **G90443**
Housing Location: **H3-110U**

## AUTHORIZED ITEMS

| YES/NO | CLOTHING: | YES/NO | BEDDING & LINEN: | YES/NO | PROPERTY: |
|--------|-----------|--------|------------------|--------|-----------|
| NO | Blue Pants | NO | Sheets | NO | Personal |
| NO | Blue Shirt | NO | Blanket | YES | Health & Comfort |
| NO | Under Shirt | NO | Mattress | | |
| NO | Socks | NO | Pillow | | |
| YES | State Footwear | | | | |

| Authorized By: | Beginning Date & Time: | Ending Date & Time: |
|----------------|------------------------|---------------------|
| Assistant Warden W. Bennett | 2/2/26 9:45 | 2/5/26 9:45 |

## BRIEF SUMMARY:

On Febraury 2, 2026, at approximately 0945 Hours Inmate Santana, Cristobal DC# G90443 who is housed in H3110U with Inmate Davis, Dante DC# N22145. His state blues and linens were in disaray and his personal property was scattered throughout the cell. Inmate Santana was given numerous direct verbal orders to get his room into compliance with policy and procedure, to which he refused to comply . Inmate Santana was placed on 72-hour property restriction for his noncompliance. The Shift Supervisor was notified and authorized this report to be written.

# Property Restriction is not to exceed 72 hours. At no time will this inmate be left without means to cover himself. No medical devices, including RX glasses, will be removed from the inmate's possession without approval from medical.

PLEASE PLACE THIS COPY ON THE INMATES CELL DOOR .

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: March 8th, 2026                    Time: 9 am

Inmate Name: Cristobal J. Santana        DC#: A-G90443

Housing assignment: H22021                Job assignment: N/A

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☑No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐Yes ☑No
If so, why:_____

Problem:

You have been placed on callout for sick Call.
Your name was added to
dental plan 12/3/2026.

3/12/2026
LmcBenuy

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain):

☐ Problem with ADA/Disability equipment or supplies (explain the problem):_____

☐ Mental Health (explain): _____

☑ Dental (explain): On Feb.20th, 2026 I filed a sick-call request for A tooth that had chipped. I'd like to be placed back on Dental Plan.

☐ Medical (explain):_____

When did problem/symptoms start? On Feb 10th, 2026, after an assault I noticed my tooth had been chipped in the process of defending myself.

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received:_____
Triaged by: (Print name and licensure)_____ on (Date/Time)_____
Assigned Triage Level:  ☐ Routine   ☐ Urgent   ☐ Emergent
Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call:_____

Inmate Name CRISTOBAL JUNIOR SANTANA
DC# G90443                Race/Sex H/M
Date of Birth 05-11-1996
Institution (201) Columbia C.I. (Main Unit)

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Deputy Director of Health Services Administration.

DC4-698A (Effective 12/24)        Incorporated by Reference in Rule 33-402.101, F.A.C.        Page 1 of 1

```
                        FLORIDA DEPARTMENT OF CORRECTIONS        02/23/2026
ISSO150 (01)              CHARGING DISCIPLINARY REPORT                                   PAGE:        1
                             LOG # 201-260396
------------------------------------------------------------
 DC#: G90443    INMATE NAME: SANTANA, CRISTOBAL J. J.        INFRACTION
 VIOLATION CODE:  0062    TITLE: DISOBEY REGULATIONS          DATE: 02/19/26
 FACILITY CODE:  201     NAME:  COLUMBIA C.I.                 TIME: 08:50
------------------------------------------------------------
```

I.   STATEMENT OF FACTS
     INMATE SANTANA, CRISTOBAL DC# G90443 (H2-202U) IS BEING
     CHARGED WITH A DIRECT VIOLATION OF F.A.C. CHAPTER 33-601.314
     RULES OF PROHIBITED CONDUCT, SECTION (6-2) DISOBEYING
     INSTITUTIONAL REGULATIONS. CHAPTER 33-602.101, F.A.C.
     APPENDIX TEN (D) INMATES SHALL BE RESPONSIBLE FOR ALL
     CLOTHING ISSUED TO THEM. INMATES SHALL BE AUTHORIZED TO SEND
     PERSONAL CLOTHING TO THE LAUNDRY IF NO OTHER LAUNDERING
     FACILITIES ARE AVAILABLE FOR THEIR USE. IF PERSONAL CLOTHING
     IS AUTHORIZED TO BE SENT TO THE LAUNDRY, IT MUST BE MARKED
     WITH THE INMATE'S NAME AND PRISON NUMBER. THE INSTITUTION
     WILL NOT BE RESPONSIBLE FOR LOST, STOLEN, OR TORN PERSONAL
     CLOTHING. CHAPTER 33-602.101, F.A.C. APPENDIX TEN (H) IF AN
     INMATE INTENTIONALLY OR NEGLIGENTLY DAMAGES, LOSES, OR
     DESTROYS HIS OR HER UNIFORM, IDENTIFICATION CARD, OR OTHER
     STATE ISSUED CLOTHING ARTICLE, BLANKET OR LINENS,
     DISCIPLINARY ACTION PURSUANT TO RULES 33-601.301-.314,
     F.A.C., SHALL BE TAKEN BY THE WARDEN TO OBTAIN REIMBURSEMENT
     FROM THE INMATE. REIMBURSEMENT WILL BE LIMITED TO THE COST
     OF THE ITEM. ON FEBRUARY 19, 2026, AT APPROXIMATELY 0850
     HOURS WHILE ASSIGNED AS HOTEL HOUSING OFFICER, I OFFICER J.
     CARMICHAEL, WAS PRESENT IN H DORM CONDUCTING A CELL
     INSPECTION ON INMATE SANTANA WHEN I OBSERVED THAT INMATE
     SANTANA WAS NOT IN POSSESSION OF A STATE ISSUED BLUE SHIRT,
     BLUE PANTS. THE COST FOR REPLACEMENT OF A PAIR OF (4X) BLUE
     UNIFORM SHIRT IS $6.29, (4X) BLUE UNIFORM PANTS IS $6.57
     ACCORDING TO THE MASTER FDC PRICE LIST. THE STATE WILL SEEK
     RESTITUTION IN THE AMOUNT OF $12.86 FOR THE REPLACEMENT COST
     OF THE STATE ISSUED BOXERS. INMATE SANTANA WILL REMAIN IN
     ADMINISTRATIVE CONFINEMENT PENDING THE DISPOSITION OF THE
     REPORT. THE SHIFT SUPERVISOR WAS NOTIFIED AND APPROVED THE
     WRITING OF THIS REPORT.

     *2202*

  REPORT WRITTEN: 02/19/26, AT 14:10      BY: CJK20 - CARMICHAEL, JARED K
----------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 2 24 26, AT 11:25

         NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
         EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
         NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
         33-601, FLORIDA ADMINISTRATIVE CODE.

                DELIVERED BY:
----------------------------------------------------------------------

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
JACKSONVILLE DIVISION

CRISTOBAL J. SANTANA
v.
COLOMBIA C.I.'S STAFF

CASE NO. _____
(TO BE SUPPLIED by CLERK'S OFFICE)

I. BRIEF EXPLANTION AS TO WHY PLAINTIFF HASNOT AN "IN FORMA PAUPERIS" APP.

Afadavit in Support of the Explanation:

I, CRISTOBAL JUNIOR SANTANA, hereby declare under penalty of perjury that the foregoing information is true and understand that a false statement may result in a dismissal of my claims.

_Cristobal Junior Santana_                    03/12/2026
SIGNATURE                                              DATE

STATEMENT: I have time & time again requested a "6-MONTHS" Inmate banking bank statement in order to submit the "Application To Proceed IN FORMA PAUPERIS" properly but to no avail. I believe Colombia Correctional Institution's staff are intentionally delaying the progression of my case to the courts by unconventional ways, which I've disclosed in the preparation of my case See attached grievance and requests to C.C.I. for a "6-MONTHS". DUE to imminent danger, I must submit, but, UPON the availibility of the bank statement, I will ammend and submit the prisoner filings properly. ————

EXECUTED at 6:37 am on 03/12/2026 in Lake City, FL

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

ATTN: INMATE BANKING

Mail Number: _____
Team Number: _____
Institution: 201-COLOMBIA C.I.

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☑ Other INMATE BANKING |
|---|---|---|---|---|

| FROM: | Inmate Name<br>SANTANA, CRISTOBAL J. | DC Number<br>A-G90443 | Quarters<br>H2202 L | Job Assignment<br>N/A | Date<br>03/03/26 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

I REQUESTED THE LAST 6 MONTHS OF BANK STATEMENTS (I DON'T KNOW WHY I HAVEN'T RECIEVED A RESPONSE TO MY REQUEST)

I REQUESTED IT OVER (15) DAYS AGO.

PLEASE SEND LAST (6) MONTHS OF BANK STATEMENTS.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Cristobal J. Santana          DC#: A-G90443

---

**DO NOT WRITE BELOW THIS LINE**

CT/Class

TMU

**RESPONSE**   201-2603-0027          DATE RECEIVED: MAR 04 2026

In order to recieve 6 month bank statements we need you to provide the case number and the a copy of the court documents that it is pretaining to. Since none of that has been provided your grievance has been denied.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): S Taylor          Official (Signature): S Taylor          Date: 3/6/26

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.



MAILED FROM
COLUMBIA
CORRECTIONAL
INSTITUTION

U.S. POSTAGE ≫ PITNEY BOWES
0302
REDATE    MAR 16 2026

CLERK'S OFFICE
UNITED STATES DISTRICT COURTS
U.S. COURT HOUSE
300 NORTH HOGAN ST.
SUITE 9-150
JACKSONVILLE, FLORIDA
32202-4271

CRISTOBAL J.

COLOMBIA CORRECTIONAL INSTITUTION

216 SE CORRECTIONAL WAY

LAKE CITY, FL. 32025

DC# G90443

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON __3-16-26__ (DATE) FOR MAILING
__RS__ STAFF INITIAL __CS__ I/M INITIAL

